**STATE of Missouri, Respondent,**

v.

**Robert L. RICE, Appellant.**

**No. WD 57921.**

Missouri Court of Appeals, Western District.

Jan. 30, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied May 29, 2001.

Stephen M. Patton, Asst. Public Defender,Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan Buchheim, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Robert Rice appeals the circuit court's judgment convicting him of two counts of statutory rape and sentencing him to two 30 year terms of imprisonment. Because we do not find that the circuit court abused its discretion, we affirm the judgment. Rule 30.25(b).